## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   ANTOINE TYREE BUTLER                 §         Case No.: 10-03110
         ASIAHA SAHARA BUTLER                 §
                                              §
         Debtor(s)                            §

------------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/27/2010.

2) This case was confirmed on 03/17/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/17/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/01/2010, 11/01/2010.

5) The case was dismissed on 02/09/2011.

6) Number of months from filing to the last payment: 12

7) Number of months case was pending: 16

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 100,850.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---:|
| Total paid by or on behalf of the debtor | $ 14,297.75 |
| Less amount refunded to debtor | $ 1,174.75 |
| **NET RECEIPTS** | $ 13,123.00 |

**Expenses of Administration:**

|  |  |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 2,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 806.95 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,306.95 |
| Attorney fees paid and disclosed by debtor | $ 1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| WELLS FARGO FINANCIA | UNSECURED | 750.00 | 813.00 | 813.00 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 700.00 | 453.61 | 453.61 | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | 125,000.00 | 166,398.10 | .00 | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | NA | 3,040.71 | 3,340.71 | 3,340.71 | .00 |
| CHASE HOME FINANCE | OTHER | NA | NA | NA | .00 | .00 |
| WYNDHAM VACATION OWN | SECURED | 700.00 | 8,697.61 | .00 | .00 | .00 |
| WYNDHAM VACATION OWN | UNSECURED | NA | 75.60 | 75.60 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED | 7,200.00 | 6,313.58 | 6,313.58 | 2,314.88 | 222.25 |
| ATLANTIC CREDIT & FI | UNSECURED | NA | 4,281.13 | 4,281.13 | 76.93 | .00 |
| EMC MORTGAGE CO | SECURED | 150,000.00 | 174,079.84 | .00 | .00 | .00 |
| CHASE MANHATTAN MORT | UNSECURED | 41,700.00 | NA | NA | .00 | .00 |
| EMC MORTGAGE CO | UNSECURED | 28,800.00 | NA | NA | .00 | .00 |
| FAIRFIELD RESORTS | SECURED | 8,850.00 | .00 | .00 | 140.09 | .00 |
| HOUSEHOLD FINANCE CO | SECURED | 32,200.00 | .00 | .00 | .00 | .00 |
| HOUSEHOLD FINANCE CO | SECURED | 2,200.00 | .00 | 2,200.00 | 2,200.00 | .00 |
| HOUSEHOLD FINANCE CO | UNSECURED | 2,200.00 | NA | NA | .00 | .00 |
| STERLING/KAY JEWELER | SECURED | 500.00 | 2,812.67 | 500.00 | 240.00 | .00 |
| STERLING/KAY JEWELER | UNSECURED | 2,400.00 | .00 | 2,312.67 | 41.55 | .00 |
| SELECT PORTFOLIO SER | SECURED | 194,500.00 | 195,334.41 | .00 | .00 | .00 |
| SELECT PORTFOLIO SER | SECURED | 48,700.00 | 48,897.82 | .00 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,200.00 | .00 | 2,119.70 | 23.62 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 5,200.00 | 5,133.55 | 5,133.55 | 92.25 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 12,600.00 | 12,864.13 | 12,864.13 | 231.16 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 600.00 | 663.05 | 663.05 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 4,800.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 3,800.00 | 3,665.14 | 3,665.14 | 65.87 | .00 |
| CR EVERGREEN LLC | UNSECURED | 8,900.00 | 8,865.35 | 8,865.35 | 159.31 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 150.00 | 1,232.20 | 1,232.20 | 22.15 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| DIRECT TV | OTHER | .00 | NA | NA | .00 | .00 |
| EQUIFAX | OTHER | .00 | NA | NA | .00 | .00 |
| EXPERIAN | OTHER | .00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 47,900.00 | 48,336.03 | .00 | .00 | .00 |
| HOME DEPOT | UNSECURED | 2,400.00 | NA | NA | .00 | .00 |
| HOMEDEPOT CREDT SVC | OTHER | .00 | NA | NA | .00 | .00 |
| MERCEDES BENZ CREDIT | UNSECURED | 3,300.00 | 3,313.81 | 3,313.81 | 59.56 | .00 |
| TRANS UNION | OTHER | .00 | NA | NA | .00 | .00 |
| UN COLL TOL | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| EBONI LIAS | OTHER | .00 | NA | NA | .00 | .00 |
| ERIC COOPER | OTHER | .00 | NA | NA | .00 | .00 |
| TERRANCE HOFFMAN & J | OTHER | .00 | NA | NA | .00 | .00 |
| CAROLYN FLANAGAN | OTHER | .00 | NA | NA | .00 | .00 |
| DISHAN LAWSON | OTHER | .00 | NA | NA | .00 | .00 |
| KAREN ASHFORD | OTHER | .00 | NA | NA | .00 | .00 |
| SELECT PORTFOLIO SER | SECURED | NA | 436.94 | .00 | .00 | .00 |
| SELECT PORTFOLIO | OTHER | NA | NA | NA | .00 | .00 |
| SELECT PORTFOLIO SER | OTHER | NA | NA | NA | .00 | .00 |
| SELECT PORTFOLIO | OTHER | NA | NA | NA | .00 | .00 |
| EMC MORTGAGE CO | SECURED | NA | 4,890.46 | .00 | .00 | .00 |
| EMC MORTGAGE | OTHER | NA | NA | NA | .00 | .00 |
| HFC | UNSECURED | NA | 32,595.04 | 32,595.04 | 585.72 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 5,540.71 | 5,540.71 | .00 |
| Debt Secured by Vehicle | 6,313.58 | 2,314.88 | 222.25 |
| All Other Secured | 500.00 | 380.09 | .00 |
| **TOTAL SECURED:** | 12,354.29 | 8,235.68 | 222.25 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 78,387.98 | 1,358.12 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,306.95 |
| Disbursements to Creditors | $ | 9,816.05 |
| **TOTAL DISBURSEMENTS:** | $ | 13,123.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:  05/19/2011                    /s/ Tom  Vaughn
                                      Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**  : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**